THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIDELITY AND GUARANTY  \*
LIFE INSURANCE COMPANY, \*
                                                             \*
      PLAINTIFF, \*
                                                             \*
v.                                                     \*    CIVIL ACTION NO. JFM 02-3159
                                                             \*
VIRGIL A. CHAMBERS, et al. \*
                                                             \*
     DEFENDANTS       \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Company's Motion to Allow Private Service of Process, it is this 27th day of September 2002 by the United States District Court for the District of Maryland,

ORDERED that Defendants Virgil A. Chambers and Lisa M. Chambers may be served original process through the use of private process servers.

                                                                                _____
                                                                                Judge
                                                                                United States District Court for the District of Maryland