UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY, *et al.*,

        Plaintiff,

v.

VIRGIL A. CHAMBERS, *et al.*,

        Defendants

CIVIL ACTION NO.
JFM 02-3159

### ORDER OF DEFAULT

It appearing from the records and/or affidavit of Jason M. St. John that the summons and Complaint were properly served upon Defendant Lisa Chambers ("L. Chambers") on December 26, 2002; that the time for L. Chambers to plead or otherwise defend against the Complaint expired on January 18, 2003; that L. Chambers was mailed the Cross Claim of Defendant Singer Asset Finance Company, L.L.C. on November 22, 2002; that the time for L. Chambers to plead or otherwise defend against the Cross Claim expired on January 18, 2003; and therefore, L. Chambers has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of Defendant Singer Asset Finance Company, L.L.C. and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**, that the default for want of answer or other defense by said Defendant, Lisa Chambers, is entered this 5th day of MARCH, 2003

        FELICIA A. CANNON, CLERK

        By: _____
        Deputy Clerk

180245/1922.12