**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 29, 2003

MEMO TO COUNSEL RE: Fidelity and Guaranty Life Insurance Co. v.
Virgil Chambers, et al.
Civil No. JFM-02-3159

Dear Counsel:

Please provide me with a status report in this case on or before August 11, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge