IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 3 1 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

FIDELITY AND GUARANTY LIFE
          Plaintiff

Civil No. AMD-02-3159

VIRGIL A. CHAMBERS,
          Defendant

...oOo...

## ORDER OF DEFAULT

It appearing from the records and or affidavit that the summons and complaint were served on Virgil A. Chambers on January 27, 2003, and that the time for the defendant to plead or otherwise defend expired, and that said defendant has failed to plead or otherwise defend as directed and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of Singer Asset Finance Company, L.L., and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense to the complaint by said defendant Virgil A. Chambers is entered this 31st day of July 2003.

FELICIA C. CANNON, Clerk

By: _____
      Belinda Arrington Court Clerk

U.S. District Court (Rev. 10/97) - Order of Default