THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY** | * | |
| **LIFE INSURANCE COMPANY,** | | |
| | * | |
| PLAINTIFF, | | |
| | * | |
| v. | | CASE NO.:   JFM 02 CV 3159 |
| | * | |
| **VIRGIL A. CHAMBERS, et al.** | | |
| | * | |
| DEFENDANTS | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
## AND FOR ADDITIONAL INTERPLEADER

Plaintiff, Fidelity and Guaranty Life Insurance Company ("F&G Life"), by Stephen H. Kaufman, and Levin & Gann, P.A., its counsel, moves for an Order allowing it to file an Amended Complaint for Interpleader adding the Tennessee Department of Human Services - Child Support Enforcement Office ("Tennessee") as a defendant and states as follows:

1.   This is a statutory interpleader action brought pursuant to 28 U.S.C. § 1335 to resolve competing claims to an annuity issued by F&G Life ("the Annuity").

2.   Defendant, Virgil Chambers was the payee of the Annuity asserting a claim to its proceeds.

3.   Mr. Chambers does not live with his minor children or their mother. The Annuity pays $1,000.00 per month. On behalf of Defendant Lisa Chambers, Tennessee claims that it is entitled to receive $338.10 per month ($322.00 base amount plus a $16.10 processing fee) from the Annuity as child support payments for Mr. Chambers' minor children, Anthony Chambers and Katie Chambers. Copies of Tennessee's letter dated May 26, 2000, Notice of Income Assignment and Contempt Order entered in the Chancery Court for Campbell County, Tennessee

are attached to the original Complaint as Exhibit D.

4. Lisa Chambers was named as a defendant in the original Complaint. At the time it filed the original Complaint, F&G Life believed that resolution of Ms. Chambers' claim to the Annuity would resolve the support claim. However, Defendants USF&G and Singer do not agree. USF&G has informed F&G Life that it believes the child support order may take precedence over Singer's claim. Singer disagrees. Singer and USF&G have asked F&G Life to interplead Tennessee to resolve this issue. Resolution of the rightful ownership of the Annuity can only be accomplished if this additional Defendant is interpleaded.

5. Counsel for Defendants, Singer Asset Finance Company, LLC and United States Fidelity & Guaranty Company, have consented to the proposed Amendment and Interpleader. Virgil Chambers and Lisa Chambers were properly served with the Complaint. A Motion for Entry of Default was filed as to Virgil Chambers and Lisa Chambers on or about February 28, 2003 for failure to file an answer or other responsive pleading in this matter. Default was entered against Virgil Chambers on March 5, 2003. To date, the Motion against Lisa Chambers has not been ruled upon.

WHEREFORE, F&G Life requests that this Court enter an Order (1) granting it permission to file an Amended Complaint for Interpleader adding State of Tennessee Office of Child Support Enforcement as a Defendant; and (2) interpleading State of Tennessee Office of Child Support Enforcement as an additional defendant.

       Respectfully submitted,


          /s/
       _____
       Stephen H. Kaufman
       Federal Bar No. 24314
       Levin & Gann, P.A.
       Nottingham Centre
       502 Washington Avenue, 8th Floor
       Towson, MD  21204
       (410) 321-0600
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY on this _____ day of August, 2003 that a copy of the foregoing Consent Motion for Leave to File Amended Complaint for Interpleader, Memorandum in Support thereof and proposed Order was mailed, postage prepaid to:

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD  21201

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD  21202

Paul McDonald, Esquire
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029

Virgil A. Chambers
150 Slaven Drive, Lot 26
Winfield, TN  37892

Lisa M. Chambers
135 Pat Place Lane
Jacksboro, TN  37757

Stuart Wilson-Patton, Esquire
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN  37202
Resident Agent for Defendant State of Tennessee
Office of Child Support Enforcement

                                                                                    /s/
                                                    _____
                                                    Stephen H. Kaufman

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**FIDELITY AND GUARANTY**     \*
**LIFE INSURANCE COMPANY,**
                                        \*
    PLAINTIFF,
                                        \*
v.                                        CASE NO.:    JFM 02 CV 3159
                                        \*
**VIRGIL CHAMBERS, et al.**
                                        \*
    DEFENDANTS
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Company's Consent Motion for Leave to Amend Complaint for Interpleader and for Additional Interpleader, it is this _____ day of _____, 2003 by the United States District Court for the District of Maryland,

ORDERED that Plaintiff's Motion is granted and Plaintiff's submitted Amended Complaint shall be deemed as filed;

IT IS FURTHER ORDERED THAT:

1.    The Defendant, State of Tennessee Office of Child Support Enforcement, shall interplead and settle among itself and the other Defendants their respective rights and claims to the payments to be paid pursuant to F&G Life Annuity Policy Number I477370 ("the Annuity") without further involvement by F&G Life;

2.    Defendants are directed to plead and pursue their claims among themselves in connection with their respective rights and claims to the Annuity payments without further involvement by F&G Life;

3.    The additional Defendant shall file its answer or responsive pleading to F&G

Life's Amended Complaint for Interpleader within 20 days of being served with the Amended Complaint;

    4.    The additional Defendant, its agents, attorneys or representatives is hereby enjoined and restrained from instituting or prosecuting further any proceedings in any state or United States court against F&G Life or on account of the Annuity or payments due thereunder.

    5.    F&G Life is dismissed from this case with prejudice;

    6.    All Annuity payments shall be paid into the Registry of the Court as they become due.

                                      _____
                                      Judge J. Frederick Motz
                                      United States District Court for the District of
                                       Maryland