LAW OFFICES
## LEVIN & GANN
A PROFESSIONAL ASSOCIATION

STEPHEN H. KAUFMAN
skaufman@LevinGann.com

DIRECT DIAL
410-321-4651

NOTTINGHAM CENTRE
502 WASHINGTON AVENUE
8th Floor
TOWSON, MARYLAND 21204
410-321-0600
TELEFAX 410-339-5762

ELLIS LEVIN (1893-1960)
CALMAN A. LEVIN (1930-2003)

August 8, 2003

Clerk of the Court
United States District Court for the District of Maryland
101 W. Lombard Street
Room 4228
Baltimore, MD 21201

      RE:   *Fidelity & Guaranty Life Insurance Company v. Virgil A. Chambers, et al.*
            *Case No. JFM-02-CV-3159*

Dear Sir or Madam:

    Please find enclosed the original and one copy of a Summons in a Civil Case to Defendant State of Tennessee Office of Child Support Enforcement ex rel. Lisa M. Chambers. A Motion was made electronically on August 8, 2003 to add the State of Tennessee to this case as a defendant.

    If that Motion is granted, please issue this summons and return it to this office for service.

    Thank you for your cooperation in this matter. Please feel free to call with any questions.

                            Very truly yours,

                            Stephen H. Kaufman

SHK/tlb
Enclosures

G:\Clients\Fidelity & Guaranty (12753)\Chambers, Virgil (68)\Letters\Clerk USDC - TN summons.wpd

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

**FIDELITY & GUARANTY LIFE INSURANCE COMPANY**

V.

**VIRGIL CHAMBERS, et al.**

**SUMMONS IN A CIVIL CASE**

CASE JFM-03-CV-3159

TO: (Name and address of Defendant)
Tennessee Department of Human Services –
Child Support Enforcement Office
Gina Lodge, Commissioner
<u>Serve:</u>
Tennessee Attorney General
Paul G. Summers
P. O. Box 20207
Nashville, Tennessee 37202

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen H. Kaufman
Levin & Gann, P.A.
Nottingham Centre, 8th Floor
502 Washington Avenue
Towson, MD 21204

an answer to the complaint which is herewith served upon you, within ___**20**___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____   _____
            Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.