

ORIGINAL

$ 50 FEE PAID
# 119 80 79
~~FEE NOT PAID~~
~~(SEND LETTER)~~

_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

**SEP 25 2003**

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Fidelity and Guaranty Life Insurance Co.
        Plaintiff(s)   *

    vs.   Case No.: JFM02 CV 3159

Virgil A. Chambers, et al.   *
        Defendant(s)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Joseph B. Spillman, am a member in good standing of the bar of this Court. My bar number is 05059. I am moving the admission of Warren A. Jasper to appear *pro hac vice* in this case as counsel for the State of Tennessee, Department of Human Services, Child Support Enforcement Office

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Tennessee Supreme Court | November 14, 1994 |
| US District Court, Middle Dist of Tennessee | May 18, 1998 |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.   The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Joseph B. Spillman | Warren A. Jasper |
| Printed Name | Printed Name |
| Maryland Office of the Attorney General | Tennessee Office of the Attorney General |
| Firm | Firm |
| 311 W. Saratoga St. Balto, MD 21201 | 425 Fifth Ave North, Nashville TN 37243 |
| Address | Address |
| 410-767-7726 | 615-532-2902 |
| Telephone Number | Telephone Number |
| 410-333-0026 | 615-532-5683 |
| Fax Number | Fax Number |

*********************************************************************

**ORDER**

☒ GRANTED      ☐ DENIED

9-30-03                           Felicia C. Cannon
Date                              Clerk, United States District Court

                                  by: _[signature]_