IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIRGIL A. CHAMBERS; SINGER ASSET FINANCE COMPANY, LLC; UNITED STATES FIDELITY AND GUARANTY COMPANY; LISA M. CHAMBERS )<br>)<br>and )<br>)<br>TENNESSEE DEPARTMENT OF HUMAN SERVICES - CHILD SUPPORT ENFORCEMENT OFFICE, GINA LODGE, COMMISSIONER ) | CIVIL ACTION NUMBER:<br>JFM02 CV 3159 |

### ANSWER OF THE TENNESSEE DEPARTMENT OF HUMAN SERVICES CHILD SUPPORT ENFORCEMENT OFFICE TO USF&G's CROSS-CLAIM

The Tennessee Attorney General, on behalf of the State Defendant, Tennessee Department of Human Services ("TDHS"), Gina Lodge, Commissioner, hereby answers the Plaintiffs' USF&G's Cross Claim as follows:

This Defendant incorporates by reference its answers to paragraphs 1 through 6 of Fidelity and Guaranty Life's Amended Complaint for Interpleader, as if they were recited herein.

2. The allegations of paragraph 2 constitute conclusions of law for which no response is required.

3. The allegations of paragraph 3 constitute conclusions of law for which no response is required.

4. This Defendant incorporates by reference its answers to paragraphs 10 through 27 of Fidelity and Guaranty Life's Complaint for Interpleader, as if they were recited herein.

5. This Defendant incorporates by reference its answers to paragraphs through 4 above, as if they were recited herein

6. The allegations of paragraph 6 constitute conclusions of law for which no response is required.

7. On information and belief, the allegations of paragraph 7 are admitted.

8. On information and belief, the allegations of paragraph 8 are admitted.

9. This Defendant lacks sufficient knowledge to admit or deny the statements made in paragraph 9; therefore, such statements are denied and strict proof thereof demanded.

10. This Defendant lacks sufficient knowledge to admit or deny the statements made in paragraph 10.

11 This Defendant lacks sufficient knowledge to admit or deny the statements made in paragraph 1

12. The allegations of paragraph 12 are denied. It is averred that the child support order referred to in paragraph 12 of the Cross-claim directed payment of $338.00 per month, which payment included a statutory processing fee.

13 The allegations of paragraph 13 constitute conclusions of law for which no response is required.

14. The allegations of paragraph 14 are not directed to this Defendant, therefore no response is required.

**WHEREFORE**, the State of Tennessee, Office of Child Support Enforcement requests the court to

A. Declare, the State of Tennessee, Office of Child Support Enforcement's right to receive the payment free from uncertainty.

  B Direct F&G Life to continue or to resume the payments in accordance with the Notice.

  C. Alternatively, direct Singer to continue making payments pursuant to the Notice.

  D. Grant such further relief as may be necessary

Respectfully submitted,

PAUL G. SUMMERS
Attorney General & Reporter

_____
WARREN A. JASPER, *Pro Hac Vice*
Assistant Attorney General
General Civil Division
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 532-2902
BPR No. 016748

_____
JOSEPH B. SPILLMAN
Assistant Attorney General
Office of the Attorney General
311 W. Saratoga Street
Baltimore, MD 21201
Phone: (410) 767-7726
BPR No. 05059

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice has been forwarded by first-class mail, postage pre-paid, to the following:

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD 21202

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202

Paul McDonald, Esquire
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Virgil A. Chambers
603 Cross Road
Winfield, Tennessee 37892

Lisa M. Chambers
135 Pat Place Lane
Jacksboro, Tennessee 37757

Stephen H. Kaufman, Esquire
Levin & Gann, P.A.
502 Washington Avenue
Towson, MD 21204

this _14th_ day of October, 2003.

_____
JOSEPH B. SPILLMAN
Assistant Attorney General

**STATE OF TENNESSEE**

# Office of the Attorney General



5 P 1: 53

**PAUL G. SUMMERS**
ATTORNEY GENERAL AND REPORTER

ANDY D. BENNETT
CHIEF DEPUTY ATTORNEY GENERAL

LUCY HONEY HAYNES
ASSOCIATE CHIEF DEPUTY
ATTORNEY GENERAL

MAILING ADDRESS

P.O. BOX 20207
NASHVILLE, TN 37202

MICHAEL E. MOORE
SOLICITOR GENERAL

CORDELL HULL AND JOHN SEVI
STATE OFFICE BUILDINGS

TELEPHONE 615-741-3491
FACSIMILE 615-741-2009

8 October 2003

Joseph B. Spillman
Assistant Attorney General
Office of the Attorney General
311 W. Saratoga Street
Baltimore, MD 21201

1

RE: *Fidelity Guaranty v. Chambers, et al.*

Dear Mr. Spillman

    I am enclosing our answer to USF&G's Cross-claim. Since the pleading needs your signature, could you also send out the service copies. Please let us know if you have any changes to make, otherwise, please file it with the court and send us a stamp filed copy in the enclosed self-addressed, stamped envelope.

    If you have any questions, please let us know. Thank you for you assistance in this matter.

Sincerely,

Mary A. Zimmerman
Paralegal
615-532-8470

Reply To: Office of the Attorney General, General Civil Division
P. O. Box 20207, Nashville, Tennessee 37202-0207
Fax: (615) 532-5683