| | | |
|---|---|---|
| **GOHN, HANKEY & STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

November 5, 2003

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

      I represent United States Fidelity and Guaranty Company ("USF&G") in the above-referenced case. I am writing on behalf of all parties that have appeared to request that the Court suspend the October 23, 2003, Scheduling Order that was entered in the case.

      The present case is an interpleader action that Fidelity and Guaranty Life Insurance Company ("F&G Life") has filed to ascertain the proper party to whom payments from a structured settlement annuity should be paid. Initially, F&G Life named Singer Asset Finance Company ("Singer"), USF&G and Mr. and Mrs. Chambers as interpleader defendants. Mr. and Mrs. Chambers have defaulted. Subsequently, F&G Life filed an Amended Complaint and added the State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") as an additional interpleader defendant.

      The Child Support Office and Singer have been engaged in discussions to resolve the matter. All parties feel that it would be in their respective interests were the Court to suspend the Scheduling Order during the parties' settlement discussions. I expect that the parties will be in a position within 60 days to submit a proposed Consent Judgment to resolve all of the issue pending before the Court. In the event that the parties are unable to submit a proposed Consent Judgment within the 60-day period, I would propose that the parties submit a status report to the Court on or before January 5, 2004.

      Mr. Kaufman, who represents Fidelity and Guaranty Life Insurance Company, the interpleader plaintiff and stakeholder, Mr. McDonald, who represents Singer, and Mr. Jasper, who represents the Child Support Office have reviewed a draft of this letter and authorize me to state that the letter should be deemed to be a joint request on behalf of all parties that have appeared in the above-referenced case.

                                                      Sincerely,

                                                       /s/
                                              H. Mark Stichel

cc:     Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire