## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2003, a copy of the foregoing Affidavit of Service was served via electronic filing to:

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD  21201

Price O. Gielen, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD  21202

Warren A. Jasper, Esquire
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN  37202

and mailed first-class, postage prepaid, to:

Paul McDonald, Esquire
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029

Virgil A. Chambers
150 Slaven Lane, Lot 206
Winfield, TN  37892

/s/
_____
Stephen H. Kaufman

G:\Clients\Fidelity & Guaranty (12753)\Chambers, Virgil (68)\Pleadings\Affidavit of Service (TCSES).wpd