**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tennessee Attorney General
   Paul G. Summers
   Tennessee Attorney General's
   office
   P.O. Box 20207
   Nashville, TN 37202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Harry Sherrell_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Harry Sherrell
C. Date of Delivery: 9/8/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0005 7222 1159

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035