| | | |
|---|---|---|
| **GOHN, HANKEY & STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

February 19, 2004

FILED VIA ECF SYSTEM

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

     I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

     The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties. Singer Asset Finance Company, L.L.C. ("Singer") has already commented upon the draft. I expect that I should have comments on behalf of my client, USF&G, forthwith.

     I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

     Mr. Jasper, who represents the Child Support Office, and Mr. McDonald, who represents Singer, authorized me by email last week to report to you on the status of the case. Given that both Mr. Jasper and Mr. McDonald are out of their respective offices this week, they have not reviewed a draft of this letter pursuant to the procedure that we have followed in the past. In any event, this letter should be deemed as a status report on behalf of all interpleader defendants that have appeared in the case.

                                                            Respectfully yours,

                                                            /s/
                                                          H. Mark Stichel

cc:    Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire