| | | |
|---|---|---|
| **GOHN,**<br>**HANKEY &**<br>**STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

March 23, 2004

FILED VIA ECF SYSTEM

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

      The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties. Singer Asset Finance Company, L.L.C. ("Singer") has already commented upon the draft. My client, USF&G has raised some questions regarding the proposed consent judgment. Mr. McDonald, who represents Singer, has supplied me with documents that relate to the questions. After USF&G has reviewed the comments, I expect that it will have comments on the proposed consent judgment.

      I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

      Mr. Jasper, who represents the Child Support Office, and Mr. McDonald, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

                                                Respectfully yours,

                                                 /s/
                                               H. Mark Stichel

cc:    Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire

Case 1:02-cv-03159-JFM    Document 42    Filed 03/24/2004    Page 2 of 2