**GOHN,
HANKEY &
STICHEL, LLP**

*201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
410-752-9300
Fax 410-752-2519*

*H. Mark Stichel*
Direct Dial: 410-752-1658
HMStichel@ghsllp.com

April 22, 2004

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

   Re: *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
     Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

  I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

  The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties. Yesterday, I communicated concerns and objections that my client, USF&G, has with respect to some of the terms of the proposed consent judgment.

  I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

  The acting supervisor of Mr. Jasper, who represents the Child Support Office, and Mr. St. John, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

            Respectfully yours,

             /s/
            H. Mark Stichel

cc: Paul McDonald, Esquire
   Price O. Gielen, Esquire
   Stephen H. Kaufman, Esquire
   Warren Jasper, Esquire