GOHN,
HANKEY &
STICHEL, LLP

*201 North Charles Street*
*Suite 2101*
*Baltimore, Maryland 21201*
*410-752-9300*
*Fax 410-752-2519*

*H. Mark Stichel*
Direct Dial: 410-752-1658
HMStichel@ghsllp.com

May 24, 2004

*FILED VIA ECF SYSTEM*
The Honorable J. Frederick Motz
District Judge, United States District Court
  for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

> Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
>        Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties.

When I wrote to you on April 22, I indicated that USF&G had some concerns and objections with respect to some of the terms of the proposed consent judgment. I believe that the issues via-a-vis the Child Support Office have been resolved. Insofar as the issues between USF&G and Singer are concerned, Singer has made a proposal to USF&G, which is under consideration.

I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

Mr. Jasper, who represents the Child Support Office, and Mr. McDonald, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

Respectfully yours,

/s/
H. Mark Stichel

cc:    Paul McDonald, Esquire
       Price O. Gielen, Esquire

Stephen H. Kaufman, Esquire
Warren Jasper, Esquire