LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

JASON M. ST. JOHN
(410) 332-8520

FAX NO.
(410) 951-6032
JMS@NQGRG.COM

July 16, 2004

**FILED *VIA* ECF SYSTEM**

The Honorable J. Frederick Motz
District Judge, United States District Court
for the District of Maryland
United States Courthouse
101 West Lombard Street, Room 510
Baltimore, Maryland 21201

    Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.,*
             Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

    I represent Singer Asset Finance Company, LLC ("Singer"), one of the interpleader defendants in the above-referenced action. I am writing in response to the Court's request for a status report.

    The parties have reached a tentative agreement to resolve the case, and have circulated a proposed consent judgment reflecting the terms of settlement. Defendant United States Fidelity & Guaranty Company ("USF&G") has raised some questions and concerns with respect to some of the terms of the proposed consent judgment. The parties' counsel are attempting -- and fully expect to -- resolve these matters.

    I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

    Mr. Jasper, who represents the State of Tennessee Department of Human Services – Child Support Office ("Child Support Office"), has reviewed a draft of this letter and has authorized me to state that he requests that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case. Mr. Stichel, who represents USF&G, is presently out of the country. Although he has not seen a draft of this letter, Mr. Stichel has authorized me to

NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

The Honorable J. Frederick Motz
July 16, 2004
Page 2

state that he confirms the substance of what has been set forth herein, and joins in the request for additional leave to complete the settlement.

>Respectfully yours,
>
>/s/
>
>Jason M. St. John

cc:	H. Mark Stichel, Esquire
	Warren Jasper, Esquire
	Stephen H. Kaufman, Esquire
	Paul McDonald, Esquire

206578
1922.8