| | | |
|---|---|---|
| **GOHN, HANKEY & STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

September 20, 2004

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
  for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*, Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

      The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties.

      As you are aware, my client, USF&G has had some concerns and objections with respect to some of the terms of the proposed consent judgment. Counsel for Singer has provided me with information that addresses the questions that I most recently raised. I hope that I will be in a position within two weeks to respond fully to the latest information that Singer has sent to me.

      I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

      Mr. Jasper, who represents the Child Support Office, and Mr. St. John, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

      Respectfully yours,

      /s/
      H. Mark Stichel

cc:    Paul McDonald, Esquire
       Price O. Gielen, Esquire
       Stephen H. Kaufman, Esquire
       Warren Jasper, Esquire