**GOHN,
HANKEY &
STICHEL, LLP**

*201 North Charles Street
Suite 2101
Baltimore, Maryland 21201
410-752-9300
Fax 410-752-2519*

*H. Mark Stichel*
Direct Dial: 410-752-1658
HMStichel@ghsllp.com

October 22, 2004

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
             Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

    I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

    The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties.

    As you are aware, my client, USF&G has had some concerns and objections with respect to some of the terms of the proposed consent judgment. I apologize to the Court and the parties for the amount of time that it has taken to address these issues. However, I have every expectation that USF&G's concerns will be resolved shortly.

    I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

    Mr. Jasper, who represents the Child Support Office, and Mr. McDonald, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

                                         Respectfully yours,

                                         /s/
                                       H. Mark Stichel

cc:    Paul McDonald, Esquire
       Price O. Gielen, Esquire
       Stephen H. Kaufman, Esquire
       Warren Jasper, Esquire