UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, *et al.*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 02-CV-03159-JFM |
| VIRGIL A. CHAMBERS, *et al.*, | : : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF ATTORNEY
## FOR DEFENDANT, SINGER ASSET FINANCE COMPANY, LLC

Please strike the appearance of Jason M. St. John, Esquire, of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., on behalf of Defendant, Singer Asset Finance Company, LLC.

Please enter the appearance of Diane C. Bristow, Esquire of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. on behalf of Defendant, Singer Asset Finance Company, LLC.

Respectfully submitted,

/s/ *Diane C. Bristow*                                       /s/ *Jason M. St. John*

Diane C. Bristow, Bar No. 26782                 Jason M. St. John, Bar No. 26384
**NEUBERGER, QUINN, GIELEN,**              **Formerly of NEUBERGER, QUINN,**
 **RUBIN & GIBBER, P.A.**                              **GIELEN, RUBIN & GIBBER, P.A.**
One South Street                                              One South Street
27th Floor                                                     27th Floor
Baltimore, Maryland  21202-3282                Baltimore, Maryland  21202-3282
(410) 332-8586                                                 (410) 332-8550

cc:     Counsel of Record via ECF

213953