| | | |
|---|---|---|
| **GOHN,  HANKEY &  STICHEL, LLP** | *201 North Charles Street  Suite 2101  Baltimore, Maryland 21201  410-752-9300  Fax 410-752-2519* | *H. Mark Stichel*  Direct Dial: 410-752-1658  HMStichel@ghsllp.com |

January 7, 2005

*FILED VIA ECF SYSTEM*
The Honorable J. Frederick Motz
District Judge, United States District Court
  for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
               Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

    I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report by today.

    I would like to request a one-week extension to provide a status report.

                                                        Respectfully yours,

                                                         /s/
                                                       H. Mark Stichel

cc:    Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Diane C. Bristow, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire