**GOHN, HANKEY & STICHEL, LLP**

*201 North Charles Street*
*Suite 2101*
*Baltimore, Maryland 21201*
*410-752-9300*
*Fax 410-752-2519*

*H. Mark Stichel*
Direct Dial: 410-752-1658
HMStichel@ghsllp.com

February 14, 2005

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
  for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
             Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

      The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services – Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties.

      As you are aware, my client, USF&G has had some concerns and objections with respect to some of the terms of the proposed consent judgment. The parties have been discussing a resolution of those issues, but have not yet reached a final agreement. However, I have every expectation that USF&G's concerns will be resolved shortly.

      I would request 30 days additional leave to present the Court with a proposed consent judgment or an additional status report.

      Mr. Jasper, who represents the Child Support Office, and Mr. McDonald, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

                                        Respectfully yours,

                                        /s/
                                        H. Mark Stichel

cc:    Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire

Case 1:02-cv-03159-JFM    Document 64    Filed 02/14/2005    Page 2 of 2