LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

FAX NO.
(410) 951-6035
DCB@NQGRG.COM

March 25, 2005

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Chambers 510
101 West Lombard Street
Baltimore, Maryland 21201

     Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
            Civil Action No. JFM-02-CV-3159

Dear Judge Motz:

    I represent Singer Asset Finance Company, LLC ("Singer"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report by today.

    The parties to the case have reached a tentative agreement to resolve the case. The State of Tennessee Department of Human Services - Child Support Office ("Child Support Office") has circulated a proposed consent judgment to the parties.

    As you know, United States Fidelity and Guaranty Company ("USF&G") has some concerns and objections with respect to some of the terms of the proposed consent judgment. The parties are still holding discussions to resolve those issues, but have not reached a final agreement.

    I request 30 days additional leave to present to this Court a proposed consent judgment or an additional status report.

    Mr. Jasper, who represents the Child Support Office, and Mr. H. Mark Stitchel, who represents USF&G, have reviewed a draft of this letter and have authorized me to state that they

218326/1912.8

The Honorable J. Frederick Motz
March 25, 2005
Page 2 of 2

_____

request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in this case.

                                                 Respectfully yours,

                                                     /s/
                                              Diane C. Bristow

cc:    H. Mark Stichel, Esquire
        Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire

Case 1:02-cv-03159-JFM   Document 67   Filed 03/25/2005   Page 2 of 2