| | | |
|---|---|---|
| **GOHN,**<br>**HANKEY &**<br>**STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

April 25, 2005

*FILED VIA ECF SYSTEM*
The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

     I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

     Although the parties have reached a tentative agreement to resolve most of the issues in the case, USF&G and one of the other interpleader defendants, Singer Asset Finance Company, LLC ("Singer"), have a dispute regarding one of the terms of the settlement – the period of time that Singer should receive payments from the Annuity after all other obligations have been satisfied. I would like to make one last attempt to bridge the gap between the parties. However, I believe that it would be in the interest of all parties if we also could confer with the Court or a Magistrate Judge regarding the issue. I do not believe that we would need a full day, mediation conference of the sort typically used for settlement in the District of Maryland. What I envision would be something more concise such as a telephone conference involving counsel only

     Mr. Jasper, who represents the State of Tennessee Department of Human Services – Child Support Office, and Mr. McDonald, who represents Singer, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all interpleader defendants who have appeared in the case.

                                              Respectfully yours,

                                              /s/
                                              H. Mark Stichel

cc:    Paul McDonald, Esquire
        Price O. Gielen, Esquire
        Stephen H. Kaufman, Esquire
        Warren Jasper, Esquire