# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 26, 2005

Memo To Counsel Re: Fidelity and Guaranty Life Ins. Co. v. Virgil Chambers, et al.
Civil No. JFM-02-3159

Dear Counsel:

I am in receipt of Mr. Stichel's letter of April 25, 2005.

In accordance with what I understand is your joint request, I am requesting that the case be assigned to one of the magistrate judges for the purpose of holding a settlement conference.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge