| | | |
|---|---|---|
| **GOHN,<br>HANKEY &<br>STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

May 19, 2005

*FILED VIA ECF SYSTEM*
The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. JFM-02-CV-3159.

Dear Judge Grimm:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's scheduling a settlement conference for Monday, July 18, 2005. I would like to request that the settlement conference be scheduled for another date.

      I have long standing plans to be in France from July 8 through July 20. Given various plans and non-refundable reservations that I have made, it is impossible for me to return to Baltimore by July 18. Thus, I would like to request that the settlement conference be scheduled for a date after July 20. I also would like to request that the settlement conference not be scheduled during the period from August 12 to August 26; my client representative will be on vacation during that period.

                                           Respectfully yours,

                                           /s/
                                          H. Mark Stichel

cc:      Counsel of Record (via ECF System)