August 17, 2005

*FILED VIA ECF SYSTEM*

Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
101 West Lombard Street
Baltimore, MA 21201

    RE:    <u>Fidelity Guaranty v. Chambers, et al.</u> , No. JFM-02-3159

Dear Magistrate Judge Grimm:

    I am requesting permission to appear by phone at the Settlement Conference in the above referenced case scheduled for September 2, 2005. Participation by phone would save the time and expense of traveling from Tennessee to Maryland for the hearing.

    Sincerely,

    /s/
    WARREN A. JASPER
    Assistant Attorney General