| | | |
|---|---|---|
| **GOHN, HANKEY & STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

August 17, 2005

*FILED VIA ECF SYSTEM*
The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
               Civil Action No. JFM-02-CV-3159.

Dear Judge Grimm:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to Mr. Jasper's request that he be allowed to participate by telephone in the Settlement Conference that is scheduled in the above-referenced case for September 2, 2005. USF&G has no objection to Mr. Jasper's participating by telephone.

                                    Respectfully yours,

                                      /s/
                                    H. Mark Stichel

cc:     Counsel of Record (via ECF System)