LAW OFFICES

## NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

FAX NO.
(410) 951-6035
E-MAIL ADDRESS:
DCB@NQGRG.COM

August 17, 2005

**FILED VIA ECF SYSTEM**

Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
101 West Lombard Street
Baltimore, Maryland   21201

Re:  Fidelity Guaranty v. Chambers, et al., No. JFM_02-3159

Dear Magistrate Judge Grimm:

We are local counsel for Singer Asset Finance Company, LLC ("Singer") and will participate in the Settlement Conference scheduled for September 2, 2005 in the above referenced case.  Singer's counsel, Paul McDonald, who has been involved in the negotiations with Fidelity and Guaranty Life Insurance Co., US Fidelity and Guaranty Co. and the Tennessee Department of Human Services, is located in Portland, Maine.  Singer's representative, Kenneth R. Barnett, Esquire, is located in Boca Raton Florida.  We have no objection to Mr. Jasper's request to participate in the Settlement Conference by telephone.

We also request that Mr. McDonald and Mr. Barnett be able to participate by telephone.

Thank you for your consideration of this matter.

Very truly yours,

/s/

Diane C. Bristow

cc:  Paul McDonald, Esq.
     Kenneth R. Barnett, Esq.

224130/1922.8

Case 1:02-cv-03159-JFM     Document 77     Filed 08/17/2005     Page 2 of 2

224130/1922.8