| | | |
|---|---|---|
| **GOHN, HANKEY & STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

September 1, 2005

*FILED VIA ECF SYSTEM*
The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
               Civil Action No. JFM-02-CV-3159.

Dear Judge Grimm:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. You have scheduled a settlement mediation in the matter for tomorrow, September 2, 2005. I am writing to confirm the telephone conversation that Mr. McDonald, who represents Singer Asset Finance Company, LLC ("Singer"), and I had with your assistant a few minutes ago: USF&G and Singer have resolved their differences with respect to the terms of the Consent Judgment that all interpleader defendants will be submitting to the Court for approval. All issues in the case have now been resolved. We understand that the settlement mediation is now cancelled, and have instructed our respective clients that they are no longer obligated to attend. It is our expectation that we will be in a position to submit a proposed Consent Judgment to the Court within 30 days.

                                            Respectfully yours,

                                              /s/
                                           H. Mark Stichel

cc:    Counsel of Record (via ECF System)