LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

(FAX NO.)
(410) 951-6035
DCB@NQGRG.COM

October 27, 2005

**FILED *VIA* ECF SYSTEM**

The Honorable J. Frederick Motz
District Judge, United States District Court
for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*, Civil Action No. 02-CV-3159

Dear Judge Motz:

      I represent Defendant Singer Asset Finance Company, L.L.C. This letter will serve as a status report in the above-referenced matter.

      As previously reported to the Court, the appearing parties have agreed to resolve this matter, and have been working to finalize the terms of the Consent Judgment that they will be submitting to the Court for approval. Although we expected that the terms of the proposed Consent Judgment would be finalized by now, the appearing parties are still negotiating over certain language. It is our expectation that we will be in a position to submit a proposed Consent Judgment to the Court within 30 days.

      Respectfully yours,

      */s/ Diane C. Bristow*

      Diane C. Bristow

cc:    Counsel of Record (*via* ECF System)