UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 28, 2005

Memo To Counsel Re: Fidelity and Guaranty Life Ins. Co. v. Virgil Chambers, et al.
Civil No. JFM-02-3159

Dear Counsel:

Thank you for your letter dated October 27, 2005.

Please submit the consent judgment on or before November 28, 2005.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge