| | | |
|---|---|---|
| **GOHN, HANKEY & STICHEL, LLP** | *201 North Charles Street*<br>*Suite 2101*<br>*Baltimore, Maryland 21201*<br>*410-752-9300*<br>*Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

November 28, 2005

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
  for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
             Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

     I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

     On October 27, 2005, Ms. Bristow, who represents Singer Asset Finance Company, L.L.C. ("Singer"), wrote to the Court regarding the status of the case and reported that the parties were finalizing the language of a consent judgment to be entered in the case. Since then counsel for USF&G and Singer have exchanged draft language. At this point, there is only one paragraph that needs to be ironed out. I would request that the parties be given an additional 30 days to submit a consent judgment or status report.

                                                                Respectfully yours,

                                                                /s/
                                                             H. Mark Stichel

cc:    Counsel of Record (via ECF System)