**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

November 30, 2005

Memo To Counsel Re: Fidelity and Guaranty Life Ins. Co. v. Virgil Chambers, et al.
Civil No. JFM-02-3159

Dear Counsel:

I am in receipt of Mr. Stichel's letter of November 28, 2005, for which I thank him.

In accordance with Mr. Stichel's request made on behalf of all parties, I would appreciate your submitting a consent judgment or status report on or before January 6, 2006. I have given you slightly longer than the 30 days that Mr. Stichel requests in case any of you will be out of town during the holidays. However, if possible, I would appreciate your submitting the consent judgment before December 31.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge