LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

FAX NO.
(410) 951-6035
DCB@NQGRG.COM

January 6, 2006

**FILED *VIA* ECF SYSTEM**

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Chambers 510
101 West Lombard Street
Baltimore, Maryland 21201

     Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.,*
           Civil Action No. JFM-02-CV-3159

Dear Judge Motz:

     I represent Singer Asset Finance Company, LLC ("Singer"), one of the defendants in the above-referenced case. I am writing in response to the Court's request for a status report by today.

     On November 28, 2005, H. Mark Stitchel, who represents United States Fidelity and Guaranty Company ("USF&G"), filed a status report indicating that the parties were close to finalizing the consent judgment. Counsel for USF&G, Singer and Fidelity and Guaranty Life Insurance Company ("F&G Life") held a conference call this week to resolve some final issues. Paul McDonald, out-of-state counsel for Singer, has agreed to circulate a revised consent judgment among all the parties.

     I request 30 days additional leave to present to this Court a proposed consent judgment or an additional status report.

     Mr. Jasper, who represents the Child Support Office, and Mr. Stitchel, have reviewed a draft of this letter and have authorized me to state that they request that this letter be deemed a joint status report on behalf of all defendants who have appeared in this case.

229559/1912.8

The Honorable J. Frederick Motz
January 6, 2006
Page 2 of 2

_____

                                                        Respectfully yours,

                                                              /s/

                                                        Diane C. Bristow

cc:    Counsel of Record (*via* ECF System)

218326/1912.8