LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

FAX NO.
(410) 951-6035
DCB@NQGRG.COM

February 6, 2006

**FILED *VIA* ECF SYSTEM**

The Honorable J. Frederick Motz
District Judge, United States District Court
for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.,*
                Civil Action No. 02-CV-3159.

Dear Judge Motz:

      I represent Defendant Singer Asset Finance Company, L.L.C. ("Singer"). This letter will serve as a status report in the above-referenced matter.

      The appearing parties expected to have been able to submit an agreed upon Consent Judgment for the Court's approval by this date; however, a last minute issue concerning life contingent payments has arisen. Today, counsel for Singer and Fidelity and Guaranty Life Insurance Company had a conference call to discuss the issue. Counsel are optimistic that their respective clients will be able to resolve the issue within a matter of days. Accordingly, I respectfully request an additional thirty days within which the parties may submit a proposed Consent Judgment to the Court.

                Respectfully yours,

                /s/

                Diane Bristow

cc:     Counsel of Record (*via* ECF System)

230843/1912.8