| | | |
|---|---|---|
| **GOHN,<br>HANKEY &<br>STICHEL, LLP** | *201 North Charles Street<br>Suite 2101<br>Baltimore, Maryland 21201<br>410-752-9300<br>Fax 410-752-2519* | *H. Mark Stichel*<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |

March 8, 2006

*FILED VIA ECF SYSTEM*

The Honorable J. Frederick Motz
District Judge, United States District Court
 for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

      I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case. I am writing in response to the Court's request for a status report.

      The parties have just about ironed out their differences regarding the language of the consent judgment that they will propose that the Court enter in the case. Counsel for Singer Asset Finance Company and Fidelity and Guaranty Life Insurance Company have agreed upon language to resolve the final issue that had been unresolved in the matter. I now must integrate the language into the larger, comprehensive agreement and circulate it for the final approval of all parties. Thus, I would request that we be given an additional 30 days to present a proposed consent judgment or a status report.

                                    Respectfully yours,

                                       /s/
                                    H. Mark Stichel

cc:     Counsel of Record (via ECF System)