GOHN,
HANKEY &
STICHEL, LLP

*201 North Charles Street*
*Suite 2101*
*Baltimore, Maryland 21201*
*410-752-9300*
*Fax 410-752-2519*

*H. Mark Stichel*
Direct Dial: 410-752-1658
HMStichel@ghsllp.com

April 14, 2006

*FILED VIA ECF SYSTEM*
The Honorable J. Frederick Motz
District Judge, United States District Court
  for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

> Re:  *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
>      Civil Action No. JFM-02-CV-3159.

Dear Judge Motz:

I represent United States Fidelity and Guaranty Company ("USF&G"), one of the interpleader defendants in the above-referenced case.  I am writing in response to the Court's request for a status report.

First, I would like to apologize for the tardiness of this report.  I have been out of the United States and in New York during the past two weeks.  I had agreed to do this report on behalf of all parties and it was my responsibility to file it.

Second, notwithstanding my monthly reports that the parties are near agreement on the language of a consent judgment and then my filing another report with an identical statement, I truly believe that we are just about ready to file a proposed consent judgment.  USF&G has consented to the final provision about with there was disagreement among the parties.  We will be circulating a final draft to all parties forthwith and I hope and expect that we will have smooth sailing from this point forward.

Thus, I would request that we be given an additional 30 days to present a proposed consent judgment or a status report.

Respectfully yours,

 /s/
H. Mark Stichel

cc:    Counsel of Record (via ECF System)