LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

FAX NO.
(410) 951-6035
DCB@NQGRG.COM

May 18, 2006

**FILED *VIA* ECF SYSTEM**

The Honorable J. Frederick Motz
District Judge, United States District Court
for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
              Civil Action No. 02-CV-3159.

Dear Judge Motz:

    I represent Defendant Singer Asset Finance Company, L.L.C. ("Singer"). This letter will serve as a status report in the above-referenced matter.

    There remains one small, outstanding issue of language in the final Consent Judgment to be submitted to the Court by the appearing parties. We had hoped to have that issue resolved by today, but we have not been able to do so. The parties are, however, optimistic that they will be able to resolve the issue within a matter of days. Accordingly, I respectfully request an additional ten days within which the parties may submit a final proposed Consent Judgment to the Court. All counsel of record have reviewed and approved this letter.

                            Respectfully yours,

                            /s/

                            Diane Bristow

cc:    Counsel of Record (*via* ECF System)

234895/1922.8