LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
**BALTIMORE, MARYLAND 21202-3282**
(410) 332-8550

DIANE C. BRISTOW
(410) 332-8586

FAX NO.
(410) 951-6035
DCB@NQGRG.COM

May 31, 2006

**FILED *VIA* ECF SYSTEM**

The Honorable J. Frederick Motz
District Judge, United States District Court
for the District of Maryland
United States Courthouse, Room 510
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Fidelity and Guaranty Life Insurance Company v. Virgil Chambers, et al.*,
            Civil Action No. 02-CV-3159.

Dear Judge Motz:

    I represent Defendant Singer Asset Finance Company, L.L.C. ("Singer"). This letter will serve as a status report in the above-referenced matter.

    In our last status report, we indicated that there was one small outstanding issue of language in the final Consent Judgment. Singer has circulated a revised draft Consent Judgment containing the new language to counsel for Fidelity and Guaranty Life Insurance Company ("F&G Life") and United States Fidelity and Guaranty Company ("USF&G"). Therefore, I respectfully request that this Court grant us 30 days to submit a proposed Consent Judgment.

                                          Respectfully yours,

                                          /s/

                                          Diane Bristow

cc:    Counsel of Record (*via* ECF System)

235229/1922.8