UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE | : | |
| INSURANCE COMPANY, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:02-cv-3159-JFM |
| VIRGIL A. CHAMBERS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT

Singer Asset Finance Company, L. L.C., the Tennessee Department of Human Services Child Support Enforcement Office, and United States Fidelity and Guaranty Company, by their undersigned attorneys, hereby jointly move this Court for the entry of a Consent Judgment in the form attached hereto as Exhibit A.

Dated: June 30, 2006                                              Respectfully submitted,

NEUBERGER, QUINN, GIELEN                          GOHN, HANKEY & STICHEL, LLP
RUBIN & GIBBER


By:_____/s/_____              By:_____/s/_____
   Price O. Gielen, Fed. Bar No. 00577                   H. Mark Stichel, Fed. Bar No. 02939
   Diane C. Bristow, Fed. Bar No. 26782                 201 North Charles Street
   One South Street, 27th Floor                                Suite 2101
   Baltimore, Maryland 21202                                  Baltimore, Maryland 21201
   (410) 332-8550                                                    (410) 752-1658
   Fax: (410) 951-6035                                             Fax: (410) 2519
   pog@nqgrg.com                                                  hmstichel@ghsllp.com
   dcb@nqgrg.com

                                                                             Attorneys for United States Fidelity
   Attorneys for Singer Asset Finance               and Guaranty Insurance Company
   Company, L.L.C.

TENNESSEE DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT ENFORCEMENT OFFICE,


By:_____/s/_____
   Warren A. Jasper, BPR No. 016748
   Assistant Attorney General
   P.O. Box 20207
   Nashville, Tennessee 37202
   (615) 532-2902
   Fax: (615) 532-5628
   Warren.Jasper@state.tn.us

   Attorneys for the Tennessee Department of
   Human Services Child Support Enforcement Office